IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARTHUR DONALD DARBY, JR.,

Plaintiff,

v.

DIRECT EXPRESS, EXECUTIVE
TEAM,

Defendant.

1:24-CV-109-DAB-LPA

## ORDER

This matter is before the Court for review of the Order and Recommendation filed on January 30, 2026. (D.E. 6.) The Magistrate Judge recommends dismissing Plaintiff's action without prejudice as frivolous for lack of subject matter jurisdiction under 28 U.S.C. § 1915(e)(2)(B)(i). The deadline for objections passed on February 17, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation (D.E. 6) is ADOPTED and this action is DISMISSED WITHOUT PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 27th day of February, 2026.

  /s/ David A. Bragdon  
United States District Judge